UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RAYMOND WRIGHT, | ) CV 12-03592-SH |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| J.N. KATAVICH, Warden, | ) |
| | ) |
| Respondent. | ) |

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: <u>August 8, 2012</u>

                                              STEPHEN J. HILLMAN
                                       UNITED STATES MAGISTRATE JUDGE